

FILED
OCT 1 5 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SALVADOR SOTERO AMARO,<br><br>  Defendant. | Case No.: 19CR3561 JAH<br><br>FINDING OF FACT AND ORDER REGARDING WAIVER OF DETENTION PENDING TRIAL |

In accordance with the Bail Reform Act of 1984, Title 18 U.S.C. § 3142(f), a detention hearing was scheduled for September 18, 2019, to determine whether Defendant, SALVADOR SOTERO AMARO, should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter. Assistant United States Attorney Andrew Y. Chiang appeared on behalf of the United States. Attorney Merle N. Schneidewind appeared on behalf of the Defendant.

On September 18, 2019, the Defendant knowingly and voluntarily waived his right, on the record and through counsel, to the setting of bail and a detention hearing. Based on

1

that waiver, the Court orders that Defendant be detained pending trial and, if convicted, sentencing in these matters. This order is made without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice of a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

## **ORDER**

IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentence, or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States, or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

This order is made without prejudice to modification by this Court, and without prejudice to the Defendant's exercise of his/her right to bail and a detention hearing at a future date.

IT IS SO ORDERED.
DATED: Oct. 15, 2019.

HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

Prepared by:

ROBERT S. BREWER, JR.
United States Attorney

ANDREW Y. CHIANG
Assistant U.S. Attorney

cc: Merle N. Schneidewind

3